**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS R. PRINCE,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-864** |
| | : | |
| **v.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **OHIO DEPARTMENT OF** | : | **MAGISTRATE JUDGE VASCURA** |
| **REHABILITATION AND** | | |
| **CORRECTIONAL,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

**OPINION & ORDER**

On September 3, 2025, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 3), recommending that this Court dismiss Plaintiff's case pursuant to 28 U.S.C. §§ 1915(e)(2)(B), 1915A. Mr. Prince's objection was due September 17, 2025. (ECF No. 3). Mr. Prince was specifically advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of his failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  Plaintiff's claims against Defendants Free and Scott are **SEVERED** and **DISMISSED WITHOUT PREJUDICE** to Plaintiff re-filing a separate complaint against these Defendants in a separate action. Plaintiff's claims against Defendants Anyadoh, Ward, ODRC, and MCIED are **DISMISSED**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  April 3, 2026**

1